

# Fourth Court of Appeals
## San Antonio, Texas

November 20, 2015

No. 04-15-00482-CV

**IN RE ESPERANZA HUGHES**,

From the 79th Judicial District Court, Jim Wells County, Texas
Trial Court No. 15-03-54382-CV
Honorable Richard C. Terrell, Judge Presiding

## O R D E R

The appellant's brief was originally due to be filed on October 1, 2015.  The appellant's first motion for extension of time, requesting a sixty-day extension, was granted, extending the deadline for filing the brief to November 30, 2015.  On November 17, 2015, the appellant filed a motion requesting an additional extension of time to file the brief until December 15, 2015, for a total extension of approximately seventy-five days.  The motion is GRANTED.  **THIS IS THE FINAL EXTENSION OF TIME THAT THE APPELLANT WILL BE GRANTED**.  The Appellant's brief must be filed by December 15, 2015.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of November, 2015.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court